**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MADELYN TERRELL

                Plaintiff,

vs.                                               Case No: 14-12794

PNC BANK, N.A.,

                Defendant.
_____/

**ORDER OF DISMISSAL**

On April 16, 2015, the court issued an Order to Show Cause why this case should not be dismissed. (Dkt. # 21.) Plaintiff Madelyn Terrell has failed to respond to the Order by the court's deadline of April 24, 2015. Accordingly, for the reasons stated in the Order to Show Cause,

IT IS ORDERED that this case is DISMISSED, with prejudice, for the reasons given in Defendant's December 17, 2014 Motion to Dismiss for Failure to Cooperate in Discovery or, in the Alternative, for Summary Judgment and for failure to prosecute.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: May 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2015, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522