**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MADELYN TERRELL

                Plaintiff,

vs.                                                     Case No: 14-12794

PNC BANK, N.A.,

                Defendant.
_____/

**JUDGMENT**

In accordance with the court's "Order of Dismissal," dated May 12, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.  Dated at Detroit, Michigan, this 12th day of May   2015.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated:  May 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2015, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522